UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMON BAYNE,

                Petitioner,

        v.

DEPARTMENT OF HOMELAND SECURITY,

                Respondent.

No. 25-CV-9364

MEMORANDUM
OPINION AND ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 16, 2025, the Government provided the Court its position on the course of action discussed in the Court's December 8, 2025 Order. Petitioner's response to the Government's letter is currently due on January 9, 2026. As Petitioner is still not represented by counsel, the Court will *sua sponte* extend Petitioner's deadline to respond to the Government's December 16 letter. Petitioner's response shall now be due by January 30, 2026.

SO ORDERED.

Dated:      December 29, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge