

**PRISONERS' LEGAL SERVICES OF NEW YORK**
41 State St., Ste. M112
Albany, NY 12207
(518) 694-8699

February 3, 2026

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
*Via CM/ECF*

> Application granted. The stay of removal is lifted. The Clerk of Court is respectfully directed to close this case.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> February 4, 2026

Re:     *Bayne v. Department of Homeland Security*, No. 1:25-cv-09364-RA
        Petitioner's Letter Motion for Leave to Withdraw Petition Without Prejudice

Dear Judge Abrams:

Petitioner respectfully requests leave to withdraw the Petition for a Writ of Habeas Corpus (ECF No. 1), without prejudice. He further seeks the Court's explicit lifting of its order staying Petitioner's removal from the United States (ECF No. 5). Mr. Bayne requested and received voluntary departure on December 27, 2025 (ECF No. 14-1). He hopes and anticipates completing the voluntary departure process as soon as possible. Withdrawal of his petition without prejudice under these circumstances is consistent with this Court's practice. *See, e.g.*, ECF No. 27, *Guanolouisa v. Francis*, No. 25-cv-7012 (S.D.N.Y. Dec. 16, 2025). Counsel for Respondent indicated that Respondent does not oppose this request.

Respectfully submitted,

*/s/ John H. Peng*

John H. Peng, *Of Counsel*
Prisoners' Legal Services of New York
41 State St., Ste. M112
Albany, NY 12207
T: (516) 366-0067
E: johnhcpeng@gmail.com
*Attorney for Petitioner*